IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EIZEN FINEBURG & MCCARTHY, P.C., <br><br> Plaintiff, <br><br> v. <br><br> IRONSHORE SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION <br> NO. 16-2461 |

## ORDER

**AND NOW**, this 18th day of January 2017, upon consideration of Defendant's Motion to Bifurcate and Stay Bad Faith Claims (Doc. No. 13), Plaintiff's Response in Opposition to Defendant's Motion to Bifurcate (Doc. Nos. 14-15), Defendant's Reply (Doc. No. 17), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion (Doc. No. 13) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.